UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Kallys Albert, Sr.,                                Civil 08-5801 JNE/FLN

        Plaintiff,

        v.                                             O R D E R

Rapid Recovery, Inc., et al.,

        Defendants.

_____

      Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Franklin L. Noel dated January 8, 2009, all the files and records, and no objections having been filed to said Report and Recommendation,

      **IT IS HEREBY ORDERED** that Plaintiff's motion for remand [#5] is GRANTED.


DATED: _February 4, 2009.           s/ Joan N. Ericksen
at Minneapolis, Minnesota           JUDGE JOAN N. ERICKSEN
                                                  United States District Court